UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v. -                     :   **INDICTMENT**

RAYMOND ALBERT,                 :   (S2) 14 Cr.
   a/k/a "White Boy Ray,"       :
                                    **14 CRIM 118**
      Defendant.              :

- - - - - - - - - - - - - - - - x

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/14

**COUNT ONE**

The Grand Jury charges:

1. From in or about 2009 up to at least in or about 2010, in the Southern District of New York and elsewhere, RAYMOND ALBERT, a/k/a "White Boy Ray," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ALBERT and others known and unknown would and did distribute and possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substance that the defendant conspired to distribute and possess with the intent to distribute was 1 kilogram and more of mixtures and substances containing a

detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

4.  As a result of committing the controlled substance offense alleged in Count One of this Indictment, RAYMOND ALBERT, a/k/a "White Boy Ray," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Indictment, including but not limited to a sum in United States currency representing the amount of proceeds obtained as a result of the offense.

### Substitute Assets Provision

5.  If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

>   (a)  cannot be located upon the exercise of due diligence;

  (b) has been transferred or sold to, or deposited with, a third party;

  (c) has been placed beyond the jurisdiction of the court;

  (d) has been substantially diminished in value; or

  (e) has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

  (Title 21, United States Code, Sections 846 and 853.)

_____  
FOREPERSON

_____  
PREET BHARARA  
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

RAYMOND ALBERT
a/k/a "White Boy Ray,"

Defendant.

---

INDICTMENT

S2 14 Cr.

(Title 21, United States Code, Sections
846, 812, 841(a)(1), 841(b)(1)(A))

PREET BHARARA
United States Attorney.

**A TRUE BILL**

_____
                      Foreperson.

2/19/14 - Filed Sealed Superseding Indictment
be a/w issued

Judge Fox
USMJ

4